

3/11/11
#7932
$7.72

## C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

March 8, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

Re: Robert C. Sinclair and Ann B. Sinclair - Case #09-22296
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's checks totaling $7.72. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

☑ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

**Claimant:** National Grid     **Amount:** $4.05     **Claims Register:** #3

**Claimant:** URMC             **Amount:** $1.06     **Claims Register:** #4

**Claimant:** GE Money         **Amount:** $0.61     **Claims Register:** #8

**Claimant:** Five Star Bank   **Amount:** $2.00     **Claims Register:** #9

C. Bruce Lawrence

Case Number 09-22296 - SINCLAIR JR., ROBERT C.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **National Grid**<br>Bankruptcy Dept.<br>300 Erie Blvd. West<br>Syracuse, NY 13202<br>   (3-1) Utility - Electric<br>   (3-1)<br>   Account #: 51551-43128 | 000003 | 423.06 | 4.05 |
| **URMC Physicians-Family Medicine**<br>601 Elmwood Ave<br>PO Box 320<br>Rochester, NY 14642 | 000004 | 111.50 | 1.06 |
| **GE Money Bank**<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>   (8-1) Sam's Club | 000008 | 63.96 | 0.61 |
| **Five Star Bank**<br>Attn: Donna McCarthy<br>220 Liberty Street<br>Warsaw, NY 14569<br>   (9-1) Filed date verified to<br>   original document | 000009 | 209.04 | 2.00 |
| ---------- Remittance Total --------------- | | 807.56 | 7.72 |

*[signature]*
C. BRUCE LAWRENCE, Trustee